STEPHANIE A. GARABEDIAN, ESQ.
Nevada Bar No. 9612
CHRISTIAN A. MILES, ESQ.
Nevada Bar No. 13193
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Phone: 702-893-3383
Fax: 702-893-3789
Email: Stephanie.Garabedian@lewisbrisbois.com
Email: Christian.Miles@lewisbrisbois.com
*Attorneys for Defendant Simon Property Group, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CHARLES ASMUSSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON PROPERTY GROUP, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01252-JCM-PAL<br><br>**STIPULATION TO SUBSTITUTE PARTY AND AMEND CAPTION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOHN CHARLES ASMUSSEN, by and through his attorney, Stephen G. Clough, Esq. of Maier Gutierrez & Associates, and Defendant SIMON PROPERTY GROUP, INC., by and through its attorney, Christian A. Miles, Esq. of Lewis Brisbois Bisgaard & Smith LLP, that SIMON PROPERTY GROUP, INC. be removed as a defendant in this matter and the proper defendant, "THE CRYSTALS LAS VEGAS, LLC" be substituted in its place and stead, with the substitution relating back to the date of the filing of Plaintiff's Complaint.

IT IS FURTHER STIPULATED AND AGREED that the allegations against SIMON PROPERTY GROUP, INC. in Plaintiff's Complaint shall be deemed to be effective as to THE CRYSTALS LAS VEGAS, LLC, and SIMON PROPERTY GROUP, INC.'s Answer to

4834-0241-7265.1

Plaintiff's Complaint shall be deemed to have been filed by THE CRYSTALS LAS VEGAS, LLC and all admissions, denials, allegations and affirmative defenses shall be effective as to THE CRYSTALS LAS VEGAS, LLC as if THE CRYSTALS LAS VEGAS, LLC had filed a separate Answer.

  IT IS FURTHER STIPULATED AND AGREED that the caption in this matter shall be amended so as to substitute THE CRYSTALS LAS VEGAS, LLC in place and in stead of SIMON PROPERTY GROUP, INC.

DATED this 30th day of August, 2018.  DATED this 30th day of August, 2018.

| MAIER GUTIERREZ & ASSOCIATES | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: */s/ Stephen G. Clough* | By: */s/ Christian A. Miles* |
| JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>STEPHEN G. CLOUGH, ESQ.<br>Nevada Bar No. 10549<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | STEPHANIE A. GARABEDIAN, ESQ.<br>Nevada Bar No. 9612<br>CHRISTIAN A. MILES, ESQ.<br>Nevada Bar No. 13193<br>6385 S. Rainbow Boulevard,<br>Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 13, 2018