STEPHANIE A. GARABEDIAN
Nevada Bar No. 9612
CHRISTIAN A. MILES
Nevada Bar No. 13193
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Phone: 702.893.3383
Fax: 702.893.3789
Email: Stephanie.Garabedian@lewisbrisbois.com
Email: Christian.Miles@lewisbrisbois.com

*Attorneys for Defendant Simon Property Group, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CHARLES ASMUSSEN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SIMON PROPERTY GROUP, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.:    2:18-cv-01252-JCM-PAL<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATION** |

The parties to this action, by and through their respective:

1. Plaintiff will undergo one Independent Medical Examination ("examination") with Dr. Selznick ("defense medical examiner"). No other medical doctor, physician, surgeon, chiropractor, defense attorney, adjuster or insurance representative shall be present during the examination. If necessary, the defense medical examiner may utilize a staff member of his medical staff to assist during the examination;

2. Defendant will provide the defense medical examiners with Plaintiff's medical records, as disclosed by Plaintiff and Defendant, to determine the body parts at issue and the scope of the examination. Plaintiff is not required to bring any medical records, medical billings, or diagnostic film(s) with his to the examination;

4821-2544-8824.1

3. The defense medical examiner shall not make any inquiry regarding liability or comparative fault;

4. The date and time of Plaintiff's examination shall be coordinated through Plaintiff's counsel's office;

5. The defense medical examiner shall retain all handwritten notes, emails sent and received, all documents generated or received, including draft reports, related to the examination;

6. The defense medical examiner shall accurately report his findings and test results;

7. The defense medical examiner shall produce a copy of his entire file upon request by Plaintiff's counsel, including the production of any test materials/raw data but will not be required to produce his entire file until 30 days after the examination;

8. The examination shall be held in a medical office in compliance with HIPAA;

9. No x-rays, CT scans, MRI's or procedures shall be permitted of the Plaintiff during the examination, however, Plaintiff's counsel agrees to produce all film studies relevant to this litigation pursuant to FRCP 26;

10. Plaintiff reserves the right to terminate the examination in the event the defense medical examiner subjects him to physically painful or intrusive procedures;

11. No invasive procedures are allowed during the examination;

12. The defense medical examiner shall not engage in *ex parte* communication with Plaintiff's treating health care providers;

13. Upon completion of the written examination report, the defense medical examiner shall simultaneously provide a copy of the same to defense counsel and Plaintiff's counsel;

14. All opinions, tests, exams and other materials of the defense medical examiner must be disclosed within the written examination report; items that are not listed within the written examination report cannot later be supplemented as part of the basis of the examiner's opinions; and

15. Defendant will produce the defense medical examiner's report and complete file to Plaintiff's counsel within thirty (30) days of the date of the examination.

| | |
|---|---|
| DATED this 17th day of October, 2018. | DATED this 17th day of October, 2018. |
| MAIER GUTIERREZ & ASSOCIATES | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: */s/ Joseph Gutierrez* <br> JOSEPH A, GUTIERREZ, ESQ. <br> Nevada Bar No. 9046 <br> STEPHEN G. CLOUGH, ESQ. <br> Nevada Bar No. 10549 <br> 8816 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br> *Attorneys for Plaintiff* | By: */s/ Stephanie Garabedian* <br> STEPHANIE A. GARABEDIAN, ESQ. <br> Nevada Bar No. 9612 <br> CHRISTIAN A. MILES, ESQ. <br> Nevada Bar No. 13193 <br> 6385 S. Rainbow Boulevard, <br> Suite 600 <br> Las Vegas, NV 89118 <br> *Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 19, 2018

4821-2544-8824.1                                      3