STEPHANIE A. GARABEDIAN
Nevada Bar No. 9612
GARY T. ASHMAN, ESQ.
Nevada Bar No. 7981
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Phone: 702.893.3383
Fax: 702.893.3789
Email: Stephanie.Garabedian@lewisbrisbois.com
Email: Gary.Ashman@lewisbrisbois.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CHARLES ASMUSSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON PROPERTY GROUP, INC., a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01252-JCM-PAL<br><br>**STIPULATION AND ORDER TO VACATE CURRENT TRIAL SETTING** |

COME NOW, Plaintiff JOHN CHARLES ASMUSSEN, by and through his counsel of record, MAIER GUTIERREZ & ASSOCIATES, and Defendant SIMON PROPERTY GROUP, INC., by and through its counsel of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP, and submit this Stipulation and Order to Vacate Current Trial Setting.

### CURRENT TRIAL DATE

On October 3, 2018, the Court issued its Order regarding Plaintiff's Motion for Preferential Trial Setting and set the trial in the matter to commence on April 15, 2019. Accordingly, the parties wish to vacate the current trial date of April 15, 2019 and Calendar Call of April 11, 2019, as the parties have reached a settlement agreement.

4828-2118-4903.1

The foregoing is hereby stipulated and agreed.

DATED this 5th day of February, 2019.    DATED this 5th day of February, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP    MAIER GUTIERREZ & ASSOCIATES

/s/ Stephanie Garabedian    /s/ Stephen G. Clough

STEPHANIE A. GARABEDIAN, ESQ.    STEPHEN G. CLOUGH, ESQ.
Nevada Bar No. 9612    Nevada Bar No. 10549
GARY T. ASHMAN, ESQ.    8816 Spanish Ridge Avenue
Nevada Bar No. 13193    Las Vegas, Nevada 89148
6385 S. Rainbow Boulevard, Suite 600    *Attorney for Plaintiff*
Las Vegas, Nevada 89118
*Attorneys for Defendant*

**IT IS SO ORDERED:**

**IT IS FURTHER ORDERED** that the parties shall have until **March 19, 2019** to either file a stipulation to dismiss with prejudice, or a joint status report indicating when the stipulation to dismiss will be filed.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2019