UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN CHARLES ASMUSSEN,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>THE CRYSTALS LAS VEGAS, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 2:18-cv-1252-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to either file a stipulation to dismiss or a joint status report advising when the stipulation to dismiss would be filed. On February 5, 2019 the parties filed a stipulation (ECF No 26) requesting that the court vacate the calendar call and April 15, 2019 trial date because the parties had settled. The court approved the stipulation requiring the parties until March 19, 2019 to either fie a stipulation to dismiss or a joint status report indicating when the stipulation would be filed. See Order (ECF No. 27). On March 8, 2019 Plaintiff filed a Notice of Bankruptcy (ECF No 28) indicating the plaintiff filed a Chapter 7 petition in the United States Bankruptcy Court in the District of Nevada on December 23, 2018. Accordingly,

IT IS ORDERED the parties shall have until **April 26, 2019** to meet and confer and file a joint status report indicating how they propose to proceed in light of the bankruptcy.

DATED this 27th day of March 2019.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1