STEPHANIE A. GARABEDIAN, ESQ.
Nevada Bar No. 9612
GARY T. ASHMAN, ESQ.
Nevada Bar No. 7981
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Phone: 702-893-3383
Fax: 702-893-3789
Email: Stephanie.Garabedian@lewisbrisbois.com
Email: Gary.Ashman@lewisbrisbois.com
*Attorneys for Defendant The Crystals Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CHARLES ASMUSSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CRYSTALS LAS VEGAS, LLC, a foreign corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01252-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff John Charles Asmussen ("Plaintiff") and Defendant, The Crystals Las Vegas, LLC ("Defendant"), by and through their respective counsel of record, that PLAINTIFF JOHN CHARLES ASMUSSEN'S claims shall be dismissed with prejudice against DEFENDANT THE CRYSTALS LAS VEGAS, LLC.

///

///

///

///

4841-8686-9142.1

There are no court hearings on calendar that need to be vacated.

Dated this 21st day of May, 2019.                Dated this 7th day of May, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
STEPHANIE A. GARABEDIAN, ESQ.
Nevada Bar No.: 009612
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada  89101
*Attorneys for Defendant THE CRYSTALS LAS VEGAS, LLC*

MAIER GUTIERREZ & ASSOCIATES

_____
STEPHEN G. CLOUGH, ESQ.
Nevada Bar No.: 010549
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorney for Plaintiff JOHN CHARLES ASMUSSEN*

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that PLAINTIFF JOHN CHARLES ASMUSSEN'S claims shall be dismissed with prejudice against DEFENDANT THE CRYSTALS LAS VEGAS, LLC in their entirety.

DATED this __6th__ day of __June__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
STEPHANIE A. GARABEDIAN, ESQ.
Nevada Bar No. 009612
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada  89101
*Attorneys for Defendant*

4841-8686-9142.1                                3